# UNITED STATES DISTRICT COURT
## for the
### Southern District of the Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:99CR00062-001 |
| Kenneth T. Wilson | ) | USM No. 28588-018 |

Pro Se

Date of Original Judgment: 01/07/2000         Defendant's Attorney

### Order Regarding Motion for Sentence Reduction Pursuant to the First Step Act of 2018

Upon motion of the defendant for a reduced sentence based on Section 403 of the First Step of Act of 2018, and having considered such motion,

**IT IS ORDERED** that the motion is:

☒ DENIED ☐ GRANTED

## I. COURT DETERMINATION OF SENTENCING PURSUANT TO FIRST STEP ACT OF 2018:

| | |
|---|---|
| Previous Sentence Imposed: **336 months** | Amended Sentence: |
| Previous Supervised Release Term Imposed: **5 years** | Amended Supervised Release Term: |
| Previous Underlying Sentence Imposed: | Amended Underlying Sentence: |

## II. SENTENCE RELATIVE TO AMENDED TERMS:

☐ Conditions of supervised release set forth in judgment are to remain in effect.
☐ Conditions of supervised release set forth in judgment are to remain in effect, with the following modifications:

## III. ADDITIONAL COMMENTS:

The First Step Act has no impact on Mr. Wilson's sentence and therefore the Court does not have any legal authority to modify or reduce his sentence at this time.

**IT IS SO ORDERED**.

Order Date: ___12/13/2019___

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Counsel of record via CM/ECF

Kenneth T. Wilson 28588-018
Federal Correctional Institution Oakdale (Low)
P.O. Box 5000
Oakdale, LA 71463